IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID YARBOROUGH, | § | |
| | § | No. 15, 2016 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. Nos. 1402013417, |
| STATE OF DELAWARE, | § | 1202006406, and |
| | § | 1201018253 |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: September 14, 2016
Decided: September 28, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## **ORDER**

This 28th day of September, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's letter order dated October 9, 2015.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice